JUDGMENT

FILED: November 9, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

**FILED**
DEC 7 2004

LARRY W. PROPES, CLERK
CHARLESTON, SC

NO. 04-6877
CA-04-550-2-20AJ

JAMES CALVIN ADDISON

    Plaintiff - Appellant

v.

RIDGELAND CORRECTIONAL INSTITUTION; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; CAPTAIN EICHELBERGER; CAPTAIN SALWIERZ; CHRISTOPHER FELDER, Major; BRUCE RIVERS, Associate Warden; MR. REX DERNE, School Principal; MS. SHANNON CREWS, Administrative Assistant; LIEUTENANT MCNEIL; CORPORAL HAYWARD, Security; TIMOTHY LILLY; OFFICE CLERK; ARTHUR LITHY, Law Library Clerk

    Defendants - Appellees

---

Appeal from the United States District Court for the
District of South Carolina at Charleston

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK